

**SIGNED THIS 6th day of February, 2023**

*Rebecca B. Connelly*
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

IN RE: Tarsha R Stewart             CASE NO. 23-60079
                                                         CHAPTER 13

### ORDER ON DEBTOR'S MOTION TO EXTEND AUTOMATIC STAY

Upon motion by the Debtor(s) requesting an order extending the automatic stay, and it appearing that no objections have been filed to said motion, and for good cause shown, it is

### O R D E R E D

that the Debtor(s)' motion is granted in part, and the automatic stay is extended until March 23, 2023; and that the hearing on a further extension of the stay will occur on March 23, 2023 unless the Court extends the stay by order in advance of March 23, 2023. Extension of the stay is conditioned on the Debtors paying all plan payments as they come due and that the debtor(s) attend the 341 Hearing that is scheduled for 2/24/2023.

Objections to further extension of the automatic stay must be filed in writing, with copies thereof served on the Trustee and Counsel for the Debtor(s) no later than seven days prior to the hearing date, before the date of the hearing as set forth. The failure to file a response by this deadline may result in the Court treating the Motion as uncontested, entering an order granting the automatic stay being extended until further order of the court prior to the hearing date and canceling the hearing described in this Notice.

Counsel for Debtor is directed to mail a copy of this Order by ECF or First Class U.S. Mail, postage prepaid, to the Debtor(s) and the Chapter 13 Trustee and all other creditors and certify service in writing to the Court.

\*\*END OF ORDER\*\*

I ask for this:

/s/ Stephen E. Dunn, Esq.
Attorney for the Debtor
Stephen E. Dunn, Esq., VSB No. 26355
Michelle J. Dunn, Esq., VSB No. 90687
Stephen E. Dunn, PLLC
201 Enterprise Dr., Suite A
Forest, Va. 24551
Phone: 434-385-4850
Email: stephen@stephendunn-pllc.com
　　　　michelle@stphendunn-pllc.com

Seen:

/s/ Herbert L. Beskin
Herbert L. Beskin, Chapter 13 Trustee
VSB # 15050
P.O. Box 2103, Charlottesville VA 22902
Tel: (434) 817-9913, ext. 121
E-mail: hbeskin@cvillech13.net